**Order filed May 22, 2014.**



In The

# Fourteenth Court of Appeals

————————

NO. 14-14-00145-CV

————————

**TEXAS G&S INVESTMENTS, INC. D/B/A TEXAS MONEY EXCHANGE,**
**Appellant**

**V.**

**CONSTELLATION NEWENERGY, INC., Appellee**

---

**On Appeal from the County Civil Court at Law No. 4**
**Harris County, Texas**
**Trial Court Cause No. 1023611**

---

## O R D E R

Appellant's brief was due May 12, 2014**.** No brief or motion for extension of time has been filed.

Unless appellant files a brief with the clerk of this court on or before **June 6, 2014**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM